

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2021

No. 04-21-00006-CV

**IN RE CESAR ORNELAS, PLLC**,
Cesar Ornelas, II, Eduardo D. Kosturakis, and Victor Chavez, Relators

Original Mandamus Proceeding[1]

**ORDER**

Relators' petition for writ of mandamus and motion for temporary relief are hereby **DENIED**.

It is so **ORDERED** on January 20, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-22424, styled *Joanna Gabriela Gutierrez v. Cesar Ornelas Law, PLLC, Cesar Ornelas, II, Eduardo Kosturakis, and Victor Chavez*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.